1  **WO**

2  IN THE UNITED STATES DISTRICT COURT

3  FOR THE DISTRICT OF ARIZONA

4

5  United States of America,                )
                                            )   Case No. CR09-08048-001-PCT-JAT
6        Plaintiff,                         )
                                            )   TEMPORARY DETENTION ORDER
7  vs.                                      )   FOR INTAKE ASSESSMENT
                                            )
8                                           )
   Leon Andrew Small,                       )
9                                           )
         Defendant.                         )
10                                          )
   _____            )

11

12        Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a

13  detention hearing was held. Upon recommendation of Pretrial Services, the defendant is

14  ordered detained pending an intake assessment for placement at Recovery Homes Inc. in

15  Mesa, Arizona or other facility as designated by Pretrial Services.  Should defendant qualify

16  for such placement, defendant shall be released upon conditions set by this Court, including

17  pretrial residency at said facility, as conditions do exist which would reasonably assure the

18  safety of others and the appearance of the defendant.  Should defendant not so qualify, the

19  release conditions set by this Court shall be vacated and defendant shall be detained pending

20  trial as there are no conditions or combination of conditions which would reasonably assure

21  the safety of others or the appearance of the defendant.

22        The Pretrial Services Officer is ordered to timely notify this Court of the defendant's

23  intake assessment results, and if found acceptable, the date and time the facility will provide

24  transportation from the Sandra Day O'Connor Courthouse for defendant.

25        DATED this 28th day of April, 2009.

26

27  _____

28  Mark E. Aspey
    United States Magistrate Judge